

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Michael E. Salzman
Direct Dial: 212-837-6833
Direct Fax: 212-299-6833
salzman@hugheshubbard.com

September 20, 2013

BY ELECTRONIC CASE FILING

Hon. Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *In re Lehman Brothers Inc.*

            *CarVal Investors UK Limited and Hudson City Savings Bank v. James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* (13-cv-05381-DLC)

            *Federal Deposit Insurance Corporation v. James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* (13-cv-05964-DLC)

Dear Judge Cote:

      We represent the appellee in these consolidated bankruptcy appeals, James W. Giddens, as trustee for the SIPA liquidation of Lehman Brothers Inc.

      We write simply to draw the Court's attention to what appears to be a ministerial oversight in the Court's September 18, 2013 Opinion & Order denying appellants CarVal and Hudson's motion for certification of direct appeal. In the listing of appearances and in the text at page 3, the Opinion & Order refers to the opposition filed by the Securities Investor Protection Corporation but does not note that the trustee also filed an opposition on August 29 (ECF No. 12 in 13-cv-05381-DLC).

                                                        Respectfully,

                                                            */s/ Michael E. Salzman*

cc:    Kenneth J. Caputo, Esq. (by e-mail)
        Luc A. Despins, Esq. (by e-mail)
        Peter Feldman, Esq. (by e-mail)
        Hugh M. McDonald, Esq. (by e-mail)